**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| HOUSTON R. LANGHAM, IV, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 23-0282-C |
| KASTONNIO M. DEXTER, et al., | : | |
| Defendants. | : | |

**ORDER**

The Court has been advised that all remaining issues in the case have been resolved and the case has settled, although a joint stipulation of dismissal has not yet been filed.  Because the case has been settled and there no longer exists a live case or controversy, it is **ORDERED** and **ADJUDGED** that this action be **DISMISSED WITHOUT PREJUDICE** from the active docket of the Court, pursuant to the right of a party to file a motion to vacate this Order and reinstate the action within thirty (30) days after the date of the entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated in the interim.

In the event no party reinstates this action, the dismissal of this action shall become **WITH PREJUDICE** upon the expiration of thirty (30) days.   The Court retains jurisdiction in the above-styled case until the expiration of thirty (30) days.   Final judgment, as prescribed by Rule 58 of the Federal Rules of Civil Procedure, shall be deemed as entered on **June 6, 2024**. The parties are to bear their own costs, unless otherwise agreed.

**DONE AND ORDERED** this 7th day of May, 2024.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**